IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------

OUG PRESS, LTD.
   Plaintiff,

  v.

CIVIL ACTION NUMBER:
2:09-cv-01566-GLL

SILICON VALLEY COMMUNITY
FOUNDATION,

      Defendant.

------------------------------

## STIPULATED MOTION FOR DISMISSAL

The parties, by their respective legal counsel, hereby move t his

Court to dismiss the above-captioned action, and all claims and

counterclaims made therein, with prejudice.  Each party to bear

its own respective costs and fees.


s/Gregg R. Zegarelli/
Gregg R. Zegarelli, Esq.
PA I.D. #52717

Z E G A R E L L I
Technology & Entrepreneurial
  Ventures Law Group, P.C.
Allegheny Building, 7th Floor
Pittsburgh, PA  15219-1616
412.765.0401

s/Michael G. Schwartz/
Michael G. Schwartz, Esq.
CA Bar No. 197010
*Admitted Pro Hac Vice*

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303
650.833.2000

SO ORDERED, this 19th day of July, 2010.

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge